**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOANNE G. POLIDORE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-2262 |
| | § | |
| TIMOTHY MCBRIDE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF TRANSFER**

In accordance with the memorandum and order of even date, this case is hereby transferred to the District of Rhode Island.

SIGNED on November 24, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge