IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARQUIS R. POLIDORE, SR., DECEASED, Plaintiff | § § § | |
| vs. | § § § | CIVIL ACTION NO.____________ |
| TIMOTHY McBRIDE Defendants | § § | |

**NOTICE OF REMOVAL OF DEFENDANT TIMOTHY MCBRIDE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. TIMOTHY MCBRIDE (hereinafter referred to as "Defendant") in the above-entitled and numbered files this Notice of Removal. This notice is timely filed, as it is filed within thirty (30) days after receipt of Plaintiff's Original Petition, from which Defendant could at first ascertain that the case was removable. *See* 28 U.S.C § 1446(b); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68-69 (1996). Defendant files this Notice within one year after the commencement of the action.

2. The civil action arises from a vehicular incident that occurred on January 7, 2007 in Hopkinton, Washington County, Rhode Island. Marquis R. Polidore, Sr. was a passenger in a Volkswagen Jetta that lost control on Route 95 when an individual in a green Toyota Tacoma attempted to enter their lane of travel. Mr. Polidore was killed when his vehicle veered off the highway and rolled over onto a grass shoulder. According to the police report, Defendant was driving behind the Toyota Tacoma at the time of the incident.

3. Plaintiff asserts claims against Defendant for negligent operation of a motor vehicle, negligence, gross negligence and negligence per se. The case is entitled *In re: The Estate of Marquis R. Polidore, Sr., Deceased v. Timothy McBride*; In the County Court at Law

#2 of Fort Bend County, Texas; Cause No. 20246-A. A copy of Plaintiff's Original Petition is attached. Also attached are the List of Counsel of Record and the Civil Cover Sheet.

## JOINDER AND NOTICE OF REMOVAL

4. No joinder of other Defendants is required at this time.

## BASIS OF REMOVAL

5. This removal is based on diversity of jurisdiction as provided under 28 U.S.C. §1332(a). The United States District Court for the Southern District of Texas, Houston Division, has original jurisdiction of the action under §1332(a) because Plaintiff is completely diverse from Defendant. This removal is being made pursuant to and in accordance with 28 U.S.C. §1446.

a. Plaintiff Marquis R. Polidore, Sr. was an individual permanently domiciled in Houston, Fort Bend County, Texas. At the time of the incident made the basis of this lawsuit he was temporarily residing in Groton, New London County, Connecticut. Mr. Polidore's estate is being administered in Fort Bend County, Texas.

b. Defendant Timothy McBride is a citizen of Teaneck, Bergen County, New Jersey.

c. Pursuant to Plaintiff's Original Petition (served on June 20, 2007), the amount of controversy exceeds $75,000.

6. For the above reasons, this case is removed to the United States District Court for the Southern District of Texas, Houston Division and all actions pending in the State court should cease unless otherwise notified by the Federal District Court.

7. **WHEREFORE,** the Civil Action Docket as number 20246-A pending in the County Court at Law #2 of Fort Bend County, Texas should be removed to this Court.

Respectfully submitted,

**EBANKS, SMITH & CARLSON, L.L.P.**

By: ______________________
James D. Ebanks
State Bar No. 06384550
Benjamin B. Leibman
State Bar No. 24046287

1301 McKinney, Suite 2700
Houston, Texas 77010-3079
713-333-4500 - Telephone
713-333-4600 - Telecopier

**ATTORNEYS FOR DEFENDANT TIMOTHY MCBRIDE**

**OF COUNSEL:**

EBANKS, SMITH & CARLSON, L.L.P.
1301 McKinney, Suite 2700
Houston, Texas 77010-3079
(713) 333-4500 – Telephone
(713) 333-4600 – Telecopier

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing instrument to be served upon the following counsel of record herein by method indicated on this 12th day of July, 2007.

*Counsel for Plaintiff*
**Mr. Daniel J. Shea**
Daniel J. Shea, P.C.
1928 West Bell Street
Houston, Texas 77019-4814
713-942-7500 – Telephone
713-942-7507 – Telecopier

______________________
JAMES D. EBANKS