CLOSED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-02262
## Internal Use Only

CA 07 433 ML

Polidore v. McBride. **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Lee H Rosenthal
Demand: $-64,771,072
Cause: 28:1332 Diversity-Auto Negligence

Date Filed: 07/12/2007
Date Terminated: 11/26/2007
Jury Demand: None
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Estate of Marquis R Polidore Sr**
*Deceased*

represented by **Daniel Joseph Shea**
Attorney at Law
1928 W Bell St
Houston, TX 77019-4814
713-942-7500
Fax: 713-942-7507
Email: djs7500@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne G. Polidore**
*as Independent Executor of the Estate of Marquis R Polidore Sr, Deceased and for Hulisher and Pamela Hornsby, His Parents and Statutory Beneficiaries*

represented by **Daniel Joseph Shea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By ______ Deputy Clerk

**Plaintiff**

**Joanne G. Polidore**

represented by **Daniel Joseph Shea**

| | | |
|---|---|---|
| *Individually* | | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joanne G. Polidore**<br>*as Parent and Next Friend of M.R.E.P. Jr, J.L.P. and M.J.P., Her Minor Children* | represented by | **Daniel Joseph Shea**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Timothy McBride** | represented by | **James David Ebanks**<br>Ebanks Smith et al<br>1301 McKinney St<br>Ste 2700<br>Houston, TX 77010<br>713-333-4500<br>Fax: 713-333-4600<br>Email: jebanks@esclawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin Barry Leibman**<br>Ebanks Smith et al<br>1301 McKinney<br>Ste 2700<br>Houston, TX 77010<br>713-333-4500<br>Email: bleibman@esclawyers.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lydon Oven Company** | represented by | **James David Ebanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2007 | 1 | NOTICE OF REMOVAL from Fort Bend County Court At Law Number Two (2), case number 20246-A (Filing fee $ 350 receipt number 2847929) filed by Timothy McBride. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit Counsel of Record# 3 Exhibit Plaintiff's Original Petition from State Court# 4 Exhibit Index of Matters Being Filed# 5 Exhibit Notice to State Court of Removal)(Ebanks, James) (Entered: 07/12/2007) |
| 07/12/2007 | | (Court only) ***Attorney Daniel Joseph Shea for Marquis R. Polidore, Sr added. (smurdock, ) (Entered: 07/13/2007) |
| 07/13/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 10/26/2007 at 08:45 AM in Courtroom 11B before Judge Lee H Rosenthal. ( Signed by Judge Lee H Rosenthal ) Parties notified. (smurdock, ) (Entered: 07/13/2007) |
| 07/15/2007 | 3 | First AMENDED Complaint against Timothy McBride filed by Joanne G. Polidore. (Attachments: # 1 Exhibit Exh. "A," Narrative# 2 Exhibit Exh "B," Statement)(Shea, Daniel) (Entered: 07/15/2007) |
| 07/26/2007 | 4 | CERTIFICATE OF INTERESTED PARTIES by Timothy McBride, filed.(Ebanks, James) (Entered: 07/26/2007) |

| | | |
|---|---|---|
| 07/26/2007 | 5 | First CORPORATE DISCLOSURE STATEMENT by Joanne Polidore, filed.(Shea, Daniel) (Entered: 07/26/2007) |
| 08/06/2007 | 6 | MOTION to Dismiss *for Lack of Personal Jurisdiction and/or Improper Venue, or, in the Alternative, Motion to Transfer Venue* by Timothy McBride, filed. Motion Docket Date 8/27/2007. (Attachments: # 1 Affidavit Exhibit A# 2 Proposed Order Granting Motion to Dismiss)(Leibman, Benjamin) (Entered: 08/06/2007) |
| 09/10/2007 | 7 | Second AMENDED COMPLAINT against all defendants filed by all plaintiffs. (Attachments: # 1 Exhibit "A," RI Accident Narrative# 2 Exhibit "B," McBride Statement to RISP)(Shea, Daniel) (Entered: 09/10/2007) |
| 09/12/2007 | | Summons Issued as to Lydon Oven Company, filed. (mmapps, ) (Entered: 09/12/2007) |
| 10/02/2007 | 8 | RETURN of Service of SUMMONS Executed as to Lydon Oven Company served on 9/18/2007, answer due 10/9/2007, filed.(Shea, Daniel) (Entered: 10/02/2007) |
| 10/09/2007 | 9 | AMENDED 6 MOTION by Lydon Oven Company, Timothy McBride, filed. Motion Docket Date 10/29/2007. (Attachments: # 1 Proposed Order # 2 Appendix)(Ebanks, James) (Entered: 10/09/2007) |
| 10/16/2007 | 10 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Lydon Oven Company, Timothy McBride, filed. (Ebanks, James) (Entered: 10/16/2007) |
| 10/17/2007 | 11 | ORDER entered Cancelling initial pretrial and scheduling conference set for 10/26/07. It will be reset, is appropriate, after a ruling on the motion to dismiss has been issued.( Signed by Judge Lee H Rosenthal ) Parties notified.(leddins, ) (Entered: 10/17/2007) |
| | | |

| | | |
|---|---|---|
| 10/17/2007 | 12 | RESPONSE in Opposition to 9 AMENDED 6 MOTION, filed by all plaintiffs. (Attachments: # 1 Exhibit "A" Judicial Notice Items# 2 Exhibit "B" Ltr., Aug. 20, 2007, Shea to Ebanks)(Shea, Daniel) (Entered: 10/17/2007) |
| 10/25/2007 | 13 | REPLY to Response to 6 MOTION to Dismiss *for Lack of Personal Jurisdiction and/or Improper Venue, or, in the Alternative, Motion to Transfer Venue*, 9 AMENDED 6 MOTION to Dismiss, filed by Lydon Oven Company, Timothy McBride. (Ebanks, James) (Entered: 10/25/2007) |
| 11/24/2007 | 14 | MEMORANDUM AND ORDER granting 9 AMENDED Motion to Transfer and mooting 6 MOTION to Dismiss. The case is transferred to the District of Rhode Island..( Signed by Judge Lee H Rosenthal ) Parties notified.(sbyrum, ) (Entered: 11/26/2007) |
| 11/24/2007 | 15 | ORDER TO TRANSFER CASE to District of Rhode Island.( Signed by Judge Lee H Rosenthal ) Parties notified.(sbyrum, ) (Entered: 11/26/2007) |
| 11/26/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx. Case terminated on 11/26/2007, filed. (sbyrum, ) (Entered: 11/26/2007) |