# Witness Statement

CASE # 07RIK3-15-OF

TIME: 4:00 PM

DATE: 01/07/2007

PLACE: State Police Hope Valley Barracks

I, Timothy M. McBride, voluntarily without threats or promises, make the following statements:

Q. What is your name?

**A. Timothy McBride**

Q. What is your date of birth?

**A.** [redacted]

**Q. What is your present address?**

**A. 1351 Taft Road, Teaneck, NJ**

**Q. What is your occupation?**

**A. Manager**

**Q. What is your phone number?**

**A. My home number is 201-837-4231**

Q. You are here today to give a statement in regards to an accident that occurred today on Route 95South in the Town of Hopkinton. Is this Correct?
A. Yes

Q. Where were you going today?
A. I was returning to my home in New Jersey.

Q. Where were you coming from?
A. I was coming from Rehoboth, MA

Q. Before observed the accident, approximately, how fast were you going?
A. Approximately 80 MPH.

Q. What vehicles were ahead of you?
A. Directly in front of me was a pick up truck in the high speed lane and a black Volkswagen in the low speed lane. I was intending on passing both vehicles.

Q. What lane were you in?

EXHIBIT
"B"

A. I was in the high speed lane.

Q. How far back from the pickup truck were you?
A. About two car lengths maybe more.

Q. Approximately how fast was the pickup truck traveling?
A. Maybe 75 MPH, I don't know, but I am going to guess at 75MPH.

Q. Approximately how fast was the black vehicle traveling?
A. Maybe 78 MPH because the black car and myself were both gaining on the pickup truck.

Q. What were the road conditions like?
A. Dry and well lit. However, the sun was coming in, we all had our sun visors down.

Q. What were the traffic conditions like?
A. Overall, I would say moderate. I don't remember what was in front of us and I don't remember what was immediately behind us.

Q. What happened next?
A. It appeared that the truck driver was going to clear the lane for me by pulling into the slow lane. He put his blinker on and after approximately 3 flashes, he slowly moved to his right and at that point he corrected and moved back to the high speed lane. After a fraction of a second after the truck corrected, the black Volkswagen began to veer to the right and left the slow lane. He began to arch back to the left back into the slow speed lane. I was not yet in front of him at that time and he began to correct again to the right, so as not to come back into my path. I then saw the black car begin to roll. the front of the vehicle was to the right and the rear of the car was facing me. I then accelerated to pass. The truck had apparently accelerated to clear the lane for me and then we both pulled over to the shoulder. My wife dialed 911 and I told her we were south of Rt. 138 and I began to run back the black vehicle. When I arrived at the vehicle, It was at rest on its roof. Other people had stopped and I saw them pulling open doors and then walked away. As I passed the vehicle, it appeared to be unoccupied. Other people had gathered the scene were the injured were. I could see a man checking for a pulse and I could hear a woman screaming and crying. I thought it might be better if I put myself into traffic so people would keep moving and not rubberneck. Another man joined me in that effort. I could see many people were calling for help.

Q. Did it appear that the operator of the pickup truck was operating erratic directly before the accident?
A. No, not at all.

Q. Did it appear that the operator of the black Volkswagen was operating erratic directly before the accident.?
A. I would say no, until he lost control.

Q. Did you see any of the occupants eject from the vehicle while the vehicle was rolling?
A. No, I did not.

Q. Do you think the accident was caused by an error in judgement by the operator of the pickup

truck?
A. No, No I do not.

Q. Do you think the accident was caused by an error in judgement by the operator of the black volkswagen?
A. Possibly. If everyone was traveling at a lower rate of speed, everyone's judgement would look a whole lot better.

Q. Did you happen to see the either vehicle prior to accident?
A. No

Q. Did you see who was occupants of the black volkswagen?
A. No, I was not aware of the occupants of either vehicle, I only noticed the actions of the vehicles.

Q. Do you have anything else you wish to add to this statement?
A. No, I do not.

Is the above statement true to the best of your knowledge? ____________________
Yes, it is true.

____________________________

Statement taken by:

Witness:

(office use only: 1-99)

FILED
07 JUN -7 PM 1:19
COUNTY CLERK
FORT BEND COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF FORT BEND
I, Dianne Wilson, Ph.D., County Clerk of Fort Bend County,Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on file and recorded in the appropriate records.
Note: A portion of a personal identifying number may have been redacted as allowed by law.
JUL - 6 2007 Date
Dianne Wilson, Ph.D., County Clerk
Fort Bend County, Texas