**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOANNE G. POLIDORE, As Independent Executor of the Estate of MARQUIS R. POLIDORE, SR., DECEASED and for HULISHER AND PAMELA HORNSBY, His Parents and Statutory Beneficiaries; JOANNE G. POLIDORE, Individually; And JOANNE G. POLIDORE As Parent and Next Friend of MARQUIS R.E. POLIDORE, JR., JADRIEN LEON POLIDORE, and MARISSA JENNAE POLIDORE, Her Minor Children, | § | |
| Plaintiffs; | § | NO. 4:07-cv-02262 |
| vs. | § | |
| TIMOTHY McBRIDE, | § | |
| Defendant. | § | |

**<u>PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW JOANNE G. POLIDORE, Independent Executor of the Estate of MARQUIS R. POLIDORE, SR. and for HULISHER AND PAMELA HORNSBY His Parents and Statutory Beneficiaries; JOANNE G. POLIDORE, Individually; and JOANNE G. POLIDORE as Parent and Next Friend of MARQUIS R.E. POLIDORE, JR., JADRIEN LEON POLIDORE, and MARISSA JENNAE POLIDORE, Her Minor Children ("Plaintiffs"), and files her *Disclosure of Interested Parties* pursuant to the Court's Standing Order of July 13, 2007:

I. <u>PLAINTIFFS AND RELATED INTERESTED PARTY</u>

JOANNE G. POLIDORE, Individually and in other stated capacities, *supra*.
1802 Lancaster Park Court
Fresno, Fort Bend County, TX 77545-6010

PAMELA and HULISHER HORNSBY, Other Wrongful Death Beneficiaries
16507 Gold Ridge Lane
Houston, Fort Bend County, TX 77053-4450

UNITED STATES NAVY
Office of the Judge Advocate General
Medical Care Recovery Unit Norfolk
9053 First Street, Suite 100
Norfolk, VA 23511-3605

ATTORNEY FOR PLAINTIFFS AND OTHER INTERESTED PARTY:
Daniel J. Shea (ECF Registered)
DANIEL J. SHEA, P.C.
1928 West Bell Street
Houston, TX 77019-4814
(713) 942-7500
(713) 942-7507 Telecopier

II. DEFENDANT

MR. TIMOTHY McBRIDE
1351 Taft Road
Teaneck, Bergen County, NJ 07666-2828

ATTORNEYS FOR DEFENDANT:
Mr. James D. Ebanks (ECF Registered)
Mr. Benjamin B. Leibman (ECF Registered)
EBANKS, SMITH & CARLSON, L.L.P.
1301 McKinney St., Suite 2700
Houston, TX 77010-3079
(713) 333-4500 - Telephone
(713) 333-4600 - Telecopier

Filed electronically on July 26, 2007 by ECF.

*(signature page follows)*

Respectfully submitted,

DANIEL J. SHEA, P.C.

By: /s/ Daniel J. Shea (ECF)
DANIEL J. SHEA
State Bar No. 18163850
1928 West Bell St.
Houston, TX 77019-4814
(713) 942-7500
(713) 942-7507 Facsimile

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

This is to certify that both opposing counsel, indicated below, are registered filers with the ECF System of the Southern District of Texas and thus, both were served through electronic means, automatically, on the file date of this pleading. There are no unregistered or *pro se* parties that require service.

Mr. James D. Ebanks
Mr. Benjamin B. Leibman
EBANKS, SMITH & CARLSON, L.L.P.
1301 McKinney St., Suite 2700
Houston, TX 77010-3079
(713) 333-4500 - Telephone
(713) 333-4600 - Telecopier

ATTORNEYS FOR DEFENDANT

/s/ Daniel J. Shea