Ref: 07RIK3-8-AC

Vehicle # 1 was traveling south in the first lane of travel on Route 95 in the Town of Hopkinton. At that time a vehicle traveling south in the high speed lane, identified as a green Toyota Tacoma pick-up truck, bearing RI Commercial Registration 256658, made a lane change from the high speed lane partially into the first lane of travel. The operator of the Toyota then changed back into the high speed lane due to the approach and location of Vehicle # 1.

As the Toyota changed back into the first lane of travel, the operator of Vehicle # 1 swerved to the right and into the breakdown lane and began to lose control of the vehicle. The operator of Vehicle # 1 then swerved back into the first lane of travel and then back into the breakdown lane and onto the grass shoulder of the roadway. As Vehicle # 1 began to travel on the grass shoulder of the roadway, the rear of Vehicle # 1 began to rotate counter-clockwise. Vehicle # 1 then rolled over and the driver's side of Vehicle # 1 struck the grass shoulder. Vehicle # 1 then continued to rotate over and the front passenger side of the vehicle then struck the roadway in the first lane of travel. Vehicle # 1 then came to rest on its roof facing south in the first lane of travel.

During this rotation, one of the rear passengers, identified as MARQUIS POLIDORE, 3/16/79, was ejected from the vehicle and killed. MARQUIS POLIDORE's body then came to rest in the breakdown lane right along the edge of the grass shoulder of the roadway. All of the other adult occupants of Vehicle #1 were then assisted from the vehicle after it came to final rest. Troopers were unable to determine whether Marissa Polidore was ejected from the vehicle during the crash or if she was assisted from the vehicle after it came to final rest.

*** SEE SPHV INCIDENT REPORT # 07RIK3-15-OF***

*** SEE RECONSTRUCTION NARRATIVE FOR MEASUREMENTS***

EXHIBIT
"A"

Troopers Coleman and L'heureux from the State Police Collision Reconstruction Unit then examined the scene and took measurements of the crash. Troopers were able to determine the initial location where the vehicle exited the paved portion of the roadway and began to travel on the grass shoulder.

Troopers measured the distance of the passenger side rear tire furrow marks in the grass shoulder of the roadway from their initial location in the grass shoulder to their last visible location. This distance measured 113 feet and 2 inches in a southern direction.

Troopers measured the distance of the passenger side front tire furrow marks in the grass shoulder of the roadway from their initial location in the grass shoulder to their last visible location. This distance measured 72 feet and 11 inches in a southern direction. The last 4 feet and 8 inches of this mark left a gouge along the edge of the paved portion of the breakdown lane with its border with the grass shoulder, moving in a southeast direction back towards the lane of travel.

Troopers then measured the distance from the last visible furrow marks from the passenger side of the vehicle in the grass shoulder to the deep impact points of the driver's side of the vehicle in the grass shoulder. The nearest gouge measured 19 feet and 10 inches and the second gouge measured 8 feet and 11 inches south of the first gouge, both traveling in a southern direction.

Troopers then measured the distance from the southern most gouge on the shoulder to the first visible impact gouge in the breakdown lane. This distance measured 18 feet and 10 inches. This impact point was determined to be from the front passenger side of the vehicle due to the glass lens debris embedded into the asphalt in this gouge.

Troopers then measured the distance from the above impact gouge to the next visible gouge also located in the breakdown lane. This distance measured 39 feet and 2 inches.

Troopers then observed several more gouges and scrapes along the roadway leading towards the final rest position of the vehicle. The distance from the above impact gouge to the area where the major scrapes and gouges began was approximately 29 feet and 8 inches. This impact area was determined to be from the roof of the vehicle as it began to slide towards its final rest.

Troopers then measured the total distance from the beginning of the initial furrow mark to the rear of the final rest position of the vehicle. This distance was approximately 294 feet.

Troopers then measured the total distance from the beginning of the initial furrow mark to the location of the body of the deceased. This distance was approximately 228 feet.

Troopers then measured the total distance from the location of the the body of the deceased to the rear of the final rest position of the vehicle. This distance was approximately 69 feet.

Troopers then marked the final rest position of the vehicle which came to rest on its roof facing south in the first lane of travel.

Due to the above examination of the scene and of the vehicle, Troopers were able to determine the location of the vehicle as it left the paved portion of the roadway and its location and position as the vehicle rolled over