MPD:fm 07-317

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF MARQUIS R. POLIDORE, SR.,
ET AL

VS C.A. NO. 1:07-CV-00433-ML-DLM

TIMOTHY MCBRIDE AND LYDON
OVEN COMPANY

**ENTRY OF APPEARANCE**

I, Mark P. Dolan, Esq., hereby enter my appearance on behalf of defendant Lydon Oven Company in the above matter.

/s/ Mark Dolan________________

Mark P. Dolan, Esq. #3280
RICE, DOLAN & KERSHAW
72 Pine Street, Suite 300
Providence, RI 02903
Tel: (401) 272-8800
Fax: (401) 421-7218

**CERTIFICATION**

TO: A copy of the within document has been sent to all counsel of record via the Court's ECF website.

DATED: January 15, 2008 /s/ Mark Dolan__________________