MPD:fm 07-317

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF MARQUIS R. POLIDORE, SR.,
ET AL

VS C.A. NO. 1:07-CV-00433-ML-DLM

TIMOTHY MCBRIDE AND LYDON
OVEN COMPANY

# NOTICE OF CHANGE OF ADDRESS

The law firm of Rice Dolan & Kershaw is now located at 72 Pine Street, Suite 300, Providence, RI 02903.

/s/ Mark Dolan
______________________________

Mark P. Dolan, Esq. #3280
Rice Dolan & Kershaw
Attorneys for Defendants
Timothy McBride and
Lydon Oven Co.
72 Pine Street, Suite 300
Providence, RI 02903
Phone: (401) 272-8800
Fax: (401) 421-7218
E-mail: ricedolan@ricedolan.com

## CERTIFICATION

TO: A copy of the within document has been sent to all counsel of record via the Court's ECF website.

DATED: January 15, 2008 /s/ Mark Dolan__________________