AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

JOANNE G. POLIDORE, As Independent Executor
of the Estate of MARQUIS R. POLIDORE, SR., DECEASED,
and for HULISHER AND PAMELA HORNSBY,
His Parents and Statutory Beneficiaries;
JOANNE G. POLIDORE, Individually;
And JOANNE G. POLIDORE As Parent and Next Friend
of MARQUIS R.E. POLIDORE, JR.,
JADRIEN LEON POLIDORE, and MARISSA JENNAE POLIDORE,
Her Minor Children,
Plaintiffs
vs.
TIMOTHY McBRIDE,
Defendant

**APPEARANCE**

Case Number: 4:07-cv-02262

CA 07-433ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOANNE G. POLIDORE, Executor of the Estate of MARQUIS R. POLIDORE, SR.; HULISHER HORNSBY; PAMELA HORNSBY; JOANNE G. POLIDORE; and JOANNE G. POLIDORE as Parent and Next Friend of MARQUIS R.E. POLIDORE, JR., JADRIEN LEON POLIDORE, and MARISSA JENNAE POLIDORE.

I certify that I am admitted to practice in this court.

4/22/2008
Date

[signature]
Signature

MORTIMER C. NEWTON — 1914
Print Name — Bar Number

91 Friendship St Ste 3
Address

Providence — RI — 02903-3837
City — State — Zip Code

(401) 421-1511 — (401) 421-0876
Phone Number — Fax Number