MPD:fm 07-317

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF MARQUIS R. POLIDORE, SR.,
ET AL

VS C.A. NO. 1:07-CV-00433-ML-DLM

TIMOTHY MCBRIDE AND LYDON
OVEN COMPANY

**DEFENDANTS TIMOTHY MCBRIDE AND LYDON OVEN COMPANY'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

**I. Jurisdiction and Venue**

Defendants deny the allegations contained in Count I of plaintiffs' second amended complaint.

**II. Parties**

Defendants neither admit nor deny the allegations of Count II of plaintiffs' second amended complaint but leave plaintiffs to their proof thereof.

**III. Facts**

1. Defendants admit that the motor vehicle accident giving rise to this claim occurred on January 7, 2007 and deny the remaining allegations set forth therein.

2. Defendants deny the allegations contained in paragraph 2 of Count III of plaintiffs' second amended complaint.

3. Defendants deny the allegations contained in paragraph 3 of Count III of plaintiffs' second amended complaint.

4. Defendants neither admit nor deny the allegations of paragraph 4 but leave plaintiffs to their proof thereof.

**IV. First Cause of Action: Negligent Operation of a Motor Vehicle: Ordinary, Gross, and *Per Se***

5. Defendants neither admit nor deny the allegations of paragraph 5 but leave plaintiffs to their proof thereof.

6. Defendants deny the allegations contained in paragraph 6 of Count IV of plaintiffs' second amended complaint.

7. Defendants deny the allegations contained in paragraph 7 of Count IV of plaintiffs' second amended complaint.

8. Defendants deny the allegations contained in paragraph 8 of Count IV of plaintiffs' second amended complaint.

**V. Second Cause of Action: Negligent Entrustment of a Motor Vehicle**

9. Defendants neither admit nor deny the allegations of paragraph 9 but leave plaintiffs to their proof thereof.

10. Defendants deny the allegations contained in paragraph 10 of Count V of plaintiffs' second amended complaint.

11. Defendants deny the allegations contained in paragraph 11 of Count V of plaintiffs' second amended complaint.

12. Defendants deny the allegations contained in paragraph 12 of Count V of plaintiffs' second amended complaint.

**VI. Damages to Marquis R. Polidore, Sr.**

13. Defendants deny the allegations contained in paragraph 13 of Count VI of plaintiffs' second amended complaint.

14. Defendants deny the allegations contained in paragraph 14 of Count VI of plaintiffs' second amended complaint.

**VII. Direct Damages to Marissa and Joanne Polidore**

15. Defendants deny the allegations contained in paragraph 15 of Count VII of plaintiffs' second amended complaint.

**VIII. Damages to the Wrongful Death Beneficiaries**

16. Defendants deny the allegations contained in paragraph 16 of Count VIII of plaintiffs' second amended complaint.

<u>Second Defense</u>

If plaintiffs sustained injuries and damages as alleged which is denied, they assumed the risk of injury.

Third Defense

If plaintiffs sustained injuries and damages as alleged which is denied, the same was due to their want of due care under the circumstances.

Fourth Defense

Any injuries the plaintiffs may have sustained are the proximate result of the conduct of a third party for whom these defendants are not legally responsible.

Fifth Defense

Plaintiffs' action is barred as their claims have previously been released.

WHEREFORE, defendants demand that plaintiffs' action against them be dismissed and that judgment be entered for said defendants.

**Defendants claim a trial by jury.**

/s/ Mark Dolan________________

Mark P. Dolan, Esq. #3280
RICE, DOLAN & KERSHAW
Attorneys for Defendants
72 Pine Street, Suite 300
Providence, RI 02903
Tel: (401) 272-8800
Fax: (401) 421-7218

**CERTIFICATION**

TO: A copy of the within document has been sent to all counsel of record via the Court's ECF website.

DATED: May 20, 2008 /s/ Mark Dolan__________________