MPD:fm 07-317

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF MARQUIS R. POLIDORE, SR.,
ET AL

VS

C.A. NO. 1:07-CV-00433-ML-DLM

TIMOTHY MCBRIDE AND LYDON
OVEN COMPANY

**STIPULATION**

In the above-entitled matter, it is hereby agreed that the following entry be made:

Defendants Timothy McBride and Lydon Oven Company shall have up to and including May 30, 2008 within which to answer or otherwise respond to plaintiffs' second amended complaint.

Mortimer C. Newton, Esq.
Attorney for Plaintiffs
91 Friendship Street, 3rd Floor
Providence, RI 02903
(401) 421-1511

Mark P. Dolan, Esquire #3280
RICE DOLAN & KERSHAW
Attorneys for Defendants
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800

DATED: 5/21/08