UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF MARQUIS POLIDORE, et al.

v. 07-433ML

TIMOTHY MCBRIDE, et al.

**RULE 16 STATEMENT**

FACTS: This is a complaint for wrongful death and personal injury arising from an accident occurring at approximately 3:00 p.m. on January 7, 2007 involving three vehicles all traveling south on Route 95 in Richmond, Rhode Island.

Vehicle 1. (Plaintiffs' vehicle.) Driver: Jennifer Stevens. Passengers: Marquis Polidore, Joanne Polidore, Marissa Polidore, Joy Estoque.

Vehicle 2 Driver: Zachary Place.

Vehicle 3 (Defendant's vehicle) Driver Timothy McBride.

Vehicle 1 was driving in the slow speed lane and was traveling approximately parallel with the Vehicle 2 which was driving in the high speed lane. Suddenly Vehicle 2 swerved into Vehicle 1's lane. The driver of Vehicle 1 reacted by swerving to her right into the breakdown lane. When she attempted to reposition herself by turning left the vehicle rolled over and over. Marquis Polidore was thrown from the vehicle and was killed. Marissa Polidore (dob 5/20/05) suffered severe injuries. The other two passengers received less severe injuries.

Vehicle 2 swerved into the right hand lane because he saw in his rear view mirror Vehicle 3 coming up immediately behind him at a high rate of speed. (The driver of Vehicle 3 in his statement to the State Police said he was traveling at approximately 78 miles per hour).

LEGAL ISSUES: Proximate cause of the accident. Did Vehicle 3, because of its high rate of speed, cause Vehicle 2 to turn abruptly into the right hand lane into the path of Vehicle 1 which in turn caused the driver of Vehicle 1 to lose control of her car?

DAMAGES: Compensation for the wrongful death of a young man, a highly skilled employee of the US Navy, and father of three small children. Compensation for injuries suffered by Marissa Polidore whose medical expenses approach $300,000.00. Compensation for injuries suffered by other passengers in Vehicle 1 and loss of consortium for members of Marquis Polidore's family.

/s/ Mortimer C. Newton
Mortimer C. Newton #1914
91 Friendship Street
Providence R.I. 02903
401 421-1511