UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTATE OF MARQUIS POLIDORE, et al.

v. 07-433ML

TIMOTHY MCBRIDE, et al.

CERTIFICATION

I hereby certify that a Rule 16 Statement was electronically filed with the US District Court, District of Rhode Island, on June 6, 2008, and electronically sent, on June 6, 2008, to:

Mark P. Dolan
ricedolan@ricedolan.com

James David Ebanks
jebanks@esclawyers.com

Benjamin Barry Leibman
bleibman@esclawyers.com

Daniel Joseph Shea
djs7500@aol.com

/s/ Mortimer C. Newton