(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ESTATE OF MARQUIS POLIDORE, et al
Plaintiff(s)

v. Dkt. No. 07-433ML

TIMOTHY McBRIDE, et al
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant JOANNE POLIDORE hereby moves that DANIEL J. SHEA be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

MORTIMER C. NEWTON
Print Name

Firm and Business Address
91 FRIENDSHIP ST STE 3
PROVIDENCE RI 02903-3837

RI Bar ID # 1914
Email: mortnewton@gmail.com
Tel. # 401 421 1511
Fax # 401 421 0876

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ESTATE OF MARQUIS POLIDORE, et al
Plaintiff(s)

v. Dkt. No. 07-433ML

TIMOTHY McBRIDE, et al
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant JOANNE POLIDORE hereby moves that DANIEL J. SHEA be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

MORTIMER C. NEWTON
Print Name

RI Bar ID # 1914

Email: mortnewton@gmail.com

Firm and Business Address

91 FRIENDSHIP ST STE 3
PROVIDENCE RI 02903-3837

Tel. # 401 421 1511

Fax # 401 421 0876

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date